## <u>RETURN OF SERVICE</u>
### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 6:24-CV-1858-CEM-LHP

Plaintiff: **BETH SARVER ASHWORTH, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED**
vs.
Defendant: **OFF LEASH K9 TRAINING CENTRAL FLORIDA LLC**

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by William LaDrew on the 22nd day of October, 2024 at 8:12 am to be served on **OFF LEASH K9 TRAINING CENTRAL FLORIDA LLC C/O REGISTERED AGENT: NICHOLAS SHALTON, 4029 BAYBERRY DR., MELBOURNE, FL 32901**.

I, William LaDrew, do hereby affirm that on the **25th day of October, 2024** at **11:44 am, I:**

**CORPORATE (LIMITED LIABILITY COMPANY) SERVICE** - RESIDENTIAL: Served the within named business entity in accordance with F.S. 48.062 (5) by delivering the**SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION JURY TRIAL DEMANDED, ORDER AND LETTER** at the within named Registered Agent, Officer, or person listed on the annual report's usual place of abode **4029 BAYBERRY DR., MELBOURNE, FL 32901**, to a person residing therein who is 15 years of age or older, **Christine Shalton** Co-Resident, and informing said person of the contents thereof, pursuant to F.S. 48.031 after confirming the Registered Agent, Officer, or Director was otherwise unavailable in compliance with F.S. 48.091.

**Additional Information pertaining to this Service:**
The address of the registered agent is a residence. The registered agent was not available or any individual designated to act as the registered agent at the time of service.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 155, Hair: Dark Blonde, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.



**William LaDrew**
CPS #670

**Caplan, Caplan & Caplan**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(954) 462-1800**

Our Job Serial Number: CPN-2024041909

| SERVER | WLD |
|---|---|
| LICENSE | CPS #670 |

AO 440 (Rev 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| BETH SARVER ASHWORTH, on behalf of herself and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> OFF LEASH K9 TRAINING CENTRAL FLORIDA LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:24-CV-1858-cem-lhp |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   OFF LEASH K9 TRAINING CENTRAL FLORIDA LLC
c/o Nicholas Shalton
4029 BAYBERRY DR.
MELBOURNE, FL 32901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date:   October 17, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: