UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BETH SARVER ASHWORTH,**

      **Plaintiff,**

v.                                               Case No: 6:24-cv-1858-CEM-LHP

**OFF LEASH K9 TRAINING CENTRAL FLORIDA LLC,**

      **Defendant.**

_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Off Leash K9 Training Central Florida LLC** in Orlando, Florida on the 14th day of January, 2025.

ELIZABETH M. WARREN, CLERK

s/EJ, Deputy Clerk

Copies furnished to:

Counsel of Record