## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BETH SARVER ASHWORTH,

    Plaintiff,

v.            Case No:   6:24-cv-01858-CEM-LHP

OFF LEASH K9 TRAINING
CENTRAL FLORIDA LLC,

     Defendant

_____

### ORDER

  Plaintiff Beth Sarver Ashworth instituted this action on October 16, 2024, on behalf of herself and others similarly situated, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").   Doc. No. 1.   Despite proper service on October 25, 2024, Doc. No. 9, Defendant Off Leash K9 Training Central Florida LLC has not appeared in this case.   On Plaintiff's motion, Clerk's default was entered against Defendant on January 14, 2025.   Doc. Nos. 10–12.

  Now before the Court is Plaintiff's Motion for Leave to Take Discovery. Doc. No. 14.   According to the motion, Plaintiff wishes to take discovery in this matter to identify members of the putative class and to determine the amount of

damages to which the class members are entitled, prior to seeking class certification and moving for default judgment.    *Id.*

Upon review, the Court finds the request for discovery well taken.    *See, e.g., Ownby v. United 1st Lending, LLC*, No. 8:24-cv-2190-TPB-CPT, 2025 WL 81344, at *2 (M.D. Fla. Jan. 13, 2025) (granting substantially similar motion); *Martie v. M&M Bedding, LLC*, No. 2:20-cv-43-FtM-38NPM, 2020 WL 8996698, at *1 (M.D. Fla. May 18, 2020) (same); *see also Leo v. Classmoney.net*, No. 18-CV-80813, 2019 WL 238548, at *2 (S.D. Fla. Jan. 10, 2019) ("It would be unjust to prevent Plaintiff from attempting to demonstrate the elements for certification of a class without the benefit of discovery, due to Defendant[']s] failure to participate in this case.").

Accordingly, Plaintiff's Motion for Leave to Take Discovery (Doc. No. 14) is **GRANTED**.    Plaintiff shall have **ninety (90) days** from the date of this Order to conduct class certification and damages related discovery.    **On or before expiration of this deadline**, Plaintiff shall file a motion for default judgment.[1]

---

[1] The undersigned notes that the Presiding District Judge issued an Order to Show Cause on March 4, 2025, directing Plaintiff to either file a response within seven (7) days, or a motion for default judgment by this same deadline.    Doc. No. 13.    Plaintiff has done neither, instead filing the present motion.    Accordingly, the Order to Show Cause is not discharged, and this Order does not speak in any way to the Order to Show Cause, which remains pending before the Presiding District Judge.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties