UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BETH SARVER ASHWORTH,**

       **Plaintiff,**

v.                                         Case No.  6:24-cv-1858-CEM-LHP

**OFF LEASH K9 TRAINING**
**CENTRAL FLORIDA LLC,**

       **Defendant.**
_____/

# ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 18).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2025.



Copies furnished to:

Counsel of Record